

# Fourth Court of Appeals
## San Antonio, Texas

December 30, 2014

No. 04-14-00153-CV

Harold **GASKILL**, III, MD and Harold Gaskill, M.D. P.A.,
Appellants

v.

**VHS SAN ANTONIO PARTNERS,** LLC d/b/a Baptist Health System and d/b/a North Central Baptist Hospital, Baptist System, North Central Baptist Hospital, Graham Reeve, David Siegel, William Waechter, Jaydeep Shah,
Appellees

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-14959
Honorable Janet P. Littlejohn, Judge Presiding

## O R D E R

Sitting:     Sandee Bryan Marion, Justice
             Marialyn Barnard, Justice
             Luz Elena D. Chapa, Justice

Appellees' motion for extension of time to file a motion for rehearing is **granted**. We order the motion for rehearing due **January 16, 2015**.

**PER CURIAM**

ATTESTED TO:_____
                   Keith E. Hottle
                   Clerk of Court